separation, or was guilty of any act of participation in causing the daughter Helene to refrain from visiting the defendant. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

CLAIRE CASELLA, Formerly CLAIRE BEDELL, Respondent, v. CITY OF NEW YORK, Appellant.— Action to recover damages for personal injuries sustained by plaintiff when her automobile collided with the rear of defendant's auto truck which, she alleged, was parked on Sunrise Highway, without a tail light. Judgment, entered on the verdict of a jury in favor of plaintiff, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ. [See post, p. 939.]

EMMA T. R. CHAPMAN, Respondent, v. SAVILLION H. CHAPMAN, Appellant.— In an application to modify the terms of a final judgment of divorce, order referring issues to an official referee to hear and report, and awarding an increased amount for support pending decision on the motion, modified by striking out the last ordering paragraph. As thus modified, the order insofar as appealed from is affirmed, without costs. If, without further proof, the Special Term was unable to determine whether the final judgment should be modified, and in what respect, it was without power to make the order of modification pending such determination. Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur. [See post, p. 901.]

MARIE DE YOUNG, Appellant, v. CITY OF NEWBURGH et al., Respondents.— Action to recover damages for personal injuries sustained by reason of a fall which resulted when plaintiff tripped against the edge of an iron grating imbedded in the sidewalk, the top of which grating was three quarters of an inch above the sidewalk. On appeal by plaintiff from judgments for defendants, entered in accordance with the granting of their motions made at the close of plaintiff's case, judgments unanimously affirmed, without costs. No opinion. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ.

CHARLES A. FREUND, Respondent, v. JAMES McCULLAGH, INC., Appellant. (Action No. 1.) — In an action to recover an installment of interest due on a bond, order granting summary judgment, and the judgment entered thereon, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Hagarty, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ. [See post, p. 940.]

CHARLES A. FREUND, Respondent, v. JAMES McCULLAGH, INC., Appellant. (Action No. 2.) — In an action to recover an installment of interest due on a bond, order granting summary judgment, and the judgment entered thereon, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Hagarty, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ. [See post, p. 940.]

YETTA GOLDBERG, Appellant, v. CITY OF NEW YORK, Respondent.— In an action to recover damages for personal injuries suffered by plaintiff when she fell on a public sidewalk, where one flagstone overlapped another by four inches, plaintiff recovered judgment in the City Court of the City of New York, Kings County. The Appellate Term reversed the judgment and dismissed the complaint, and plaintiff appeals. Order of the Appellate Term unanimously affirmed, with costs. There was no actionable negligence. (Butler v. Village of Oxford, 186 N. Y. 444: Dowd v. City of Buffalo, 290 N. Y. 895; Lynch v. City of Beacon, 259 App. Div. 757.) Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ. [See post, p. 940.]

HOME INSURANCE COMPANY et al., Respondents, v. MANUFACTURERS CENTER OF YONKERS, INC., Appellant.— Order denying motion by defendant to vacate or modify notice for its examination before trial affirmed, with $10 costs and